Revised 4/11/2011

# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

ALLEN V. WALKER

Date: March 1, 2017
Case No. 5:16 CR 118 (JG)
Judge: MJ William H. Baughman, Jr.
Court Reporter: Donnalee Cotone
Pts/Prob Officer: Stacey Jacovetti
Interpreter:
Date of Arrest:

U.S. Attorney:  Robert Corts

Attorney for Defendant(s):  Anthony Koukoutas

CJA Apt:
Fed. Defender:
Retained: ✕

## ARRAIGNMENT:
Defendant arraigned, plea of _____ GUILTY _____ NOT GUILTY _____ NOLO CONTENDERE entered as to count(s) _____
_____ of the _____ Indictment _____ Information.

## CHANGE OF PLEA:
Defendant Plea of NOT GUILTY withdrawn, plea of _____ GUILTY _____ NOLO CONTENDERE entered as to count(s) _____
_____ of the _____ Indictment _____ Information.

_  _  Plea agreement executed.
_  _  The Court adopts the R&R of the Magistrate Judge and finds there is a factual basis for the acceptance of the guilty plea.
_  _  Bond $_____ _ _ set _ _ continued _ _ detention _ _ remanded to the custody of U.S. Marshal.
_  _  Motion of government for detention pending trial.  Detention Hearing set for:_____.
_  _  Defendant referred to the Probation Office for  Pre-sentence Investigation.
_  _  Jury Trial scheduled for:_____
_  _  Pretrial Conference scheduled for:_____
_  _  Sentencing scheduled for:_____

## SENTENCE:
Defendant committed to the custody of the Bureau of Prisons for a period of _____ months on count(s)_____
of the _ _Indictment _ _Information to run _ _ concurrent _ _consecutively.

Period of _____ years of supervised release with standard/special conditions as ordered (see reverse side of form).

Fined the sum of $_____            _____Fine Waived
Restitution in the amount of $_____ Payable to: _____.  .  Not Ordered.

I.S.S., Probation ordered for a period of _____ months _____years  on count(s)_____
_ _Indictment _ _Information with standard/special conditions as ordered (see reverse side of form).

The defendant is to pay a special assessment of $_____ on counts_____. Total $_____.

Upon motion of U.S. Attorney, counts(s)_____ of the Indictment/Information are hereby dismissed.

The execution of the sentence of imprisonment is deferred and the bond continued until _____, at which time the defendant
shall surrender to the United States Marshal for this district, or the designated institution.

_  _ Bond is revoked and the defendant is remanded to the custody of the U.S. Marshal.

# STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

_____ The defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, shall comply with the standard conditions that have been adopted by this court, and shall comply with any additional conditions.

_____ The defendant shall refrain from unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and to at least two periodic drug tests thereafter, as determined by the pretrial services and probation officer.

_____ The defendant shall participate in an approved program of outpatient, inpatient or detoxification substance abuse treatment, which will include drug and alcohol testing to determine if the defendant has reverted to substance abuse.

_____ The defendant shall not possess a firearm, destructive device or any dangerous weapon.

_____ The defendant shall provide the probation office access to any requested financial information.

_____ The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

_____ Financial Windfall Condition.

_____ Gambling Condition.

_____ The defendant shall enter an adult program and work toward a Certificate of General Educational Development (GED).

_____ Special Employment.  The defendant shall comply with the Offender Employment Policy which may include participation in training, counseling, and/or daily job search as directed by the pretrial services and probation officer.

_____ The defendant shall participate in the Location Monitoring Program for a period of _____ months, to commence no later than 30 calendar days from sentencing.

_____ Search and Seizure.  The defendant shall submit his/her person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the U.S. Probation Officer.

_____ Sex Offender Registration and Notification Act (Adam Walsh Act)

_____ Mental Health Treatment.  The defendant shall participate in an outpatient mental health treatment program.

_____ Cognitive Behavioral Program.

_____ Community Service.  The defendant shall perform ____ hours of community service as directed by the  probation officer.

_____ Gang.  The defendant shall not associate with any members of a gang or threat group as directed by the probation officer.

_____ Deportation.  The defendant shall surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security for deportation, and shall not illegally re-enter or remain in the United States.

_____ DNA Collection.

_____ Denial of Federal Benefits.

_____ Sex Offender.

_____ Computer/Internet.  Total Prohibition on Access to a Computer Internet.

_____ Computer/Internet Restricted.

_____ Computer/Internet Access Permitted. The defendant shall abide by all rules of the Computer Restriction and Monitoring Program.

_____ Computer Search Only.

_____ Computer Employment Restriction.

_____ Recommendation to the Bureau of Prisons: _____

_____ The defendant is granted credit for time already served in relation to this matter.

_____ The defendant advised of his/her appeal rights.

_____ No Contact with Minors.

**COMMENTS:** Initial appearance on supervised release violation. Attorney Anthony Koukoutas present and retained by defendant. Government moves for detention. Detention hearing set for March 6, 2017 at 11:30 a.m. before Magistrate Judge William H. Baughman, Jr. in courtroom 10A. Facts of violation to be taken up at that hearing. Government, defense counsel, and supervising officer agree to Defendant being released on current terms of supervision, to return on March 6, 2017 for detention hearing.

Total Time:  6 minutes

s/ Donna M. Hach

Courtroom Deputy Clerk