IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:16 CR 118 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| ALLEN V. WALKER, | ) | |
| | ) | **REPORT & RECOMMENDATION** |
| Defendant. | ) | |

This matter was referred to me to conduct appropriate proceedings, including an initial appearance, revocation hearing, all matters in accordance with Criminal Rule 32.1 except sentencing. (ECF # 11)

On March 1, 2017, I conducted an initial appearance on the violation report of January 25, 2017. At that time, I advised defendant Allen Walker of the alleged violations of the terms of his supervised release, of his right to remain silent, and of his right to retain counsel or to request that counsel be appointed if he could not afford counsel. Attorney Anthony Koukoutas was present and had been retained by Walker. The United States moved for detention, and Walker, through counsel, requested a detention hearing. Defense counsel requested Walker be released to attend to personal matters, and Walker was released with no objection from the United States or the supervisory probation officer.

I conducted a detention hearing on March 6, 2017. A revocation hearing was also conducted, at which time Walker, with the advice of counsel, admitted the three violations as set out in the violation report of January 24, 2017.


I recommend that the Court find that Walker committed the three violations alleged in the violation report of January 25, 2017, based on his knowing and voluntary admission at the violation hearing.

As to detention, counsel for Walker requested that he be placed in an impatient drug and alcohol therapy program. The attorney for the United States and the supervising probation officer did not object to such a placement. I remanded Walker to custody pending a report from the supervising probation officer regarding availability of placement in an inpatient program. After a report, I ordered such placement under Order of March 8, 2017.[1]

Dated: March 17, 2017                     s/ William H. Baughman, Jr.
                                          United States Magistrate Judge

**Objections**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[2]

---

[1] ECF # 17.

[2] *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).