**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:16CR00118-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ALLEN V. WALKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on April 5, 2017 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Anthony Koukoutas.

The violation report was referred to Magistrate Judge William H. Baughman, Jr., who issued a Report and Recommendation on March 17, 2017 [Doc. 18]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

      1) new law violation incurred January 7, 2017;

      2) failure to notify the Probation Office within 72 hours of being arrested or questioned by law enforcement;

      3) failure to abstain from alcohol use.

The Court found the violation to be Grade B and that defendant was a Criminal History Category I.

Upon consideration of statements from counsel and the 3553(a) factors, the Court continued defendant's supervision with the following modifications: 1) defendant shall successfully complete a 90 day placement in community control sanction; 2) defendant shall participate in mental health evaluation and treatment as directed by the supervising Probation Officer; and 3) defendant shall obtain/maintain employment. Defendant is credited with any time served and was advised of his appeal rights.

The Court admonished defendant to refrain from any further alcohol use and advised any future violations could result in a term of incarceration.

**IT IS SO ORDERED.**

Dated: April 6, 2017
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE